Josephine Cardemone and Theresa Alfieri, Plaintiffs. Dominic Guiliano, Intervening Plaintiff, Appellee, v. Supreme Forest Woodman Circle et al., Defendants. Marie Meyers, Appellant.

Gen. No. 40,931.

Heard in first division, first district, this court at October term, 1939; opinion filed April 8, 1940. Weber & Weber, for appellant; Abrams & Abrams, for appellee; Irving I. Abrams, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''